# UNITED STATES DISTRICT COURT
## District of Minnesota

ResCap Liquidating Trust

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.     Case Number: 17-cv-194-PAM-HB

First Tennessee Bank, N.A.

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is **DISMISSED with prejudice**, with each party to bear its own attorney's fees, costs, and expenses.

Date:  June 20, 2017

RICHARD D. SLETTEN, CLERK

s/L. Brennan
(By)  L. Brennan , Deputy Clerk